UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TARA O'MEALLIE ET AL.**                          **CIVIL ACTION**

**VERSUS**                                          **NO: 22-4081**

**GREAT LAKES REINSURANCE
UK PLC, ET AL.**                                    **SECTION "H"**

### ORDER

Before the Court is Defendants' Motion to Dismiss (Doc. 6). Subsequent to the filing of this motion, Plaintiffs amended their Complaint (Doc. 27). "[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."[1]

Accordingly;

**IT IS ORDERED** that Defendants' Motion to Dismiss is **DENIED AS MOOT WITHOUT PREJUDICE**.

New Orleans, Louisiana this 7th day of February, 2023.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**

---

[1] Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016).